Recording requested by:
John V. Perdido

and when recorded, please return this deed
and tax statements to:
John V. Perdido
C/o Non-Domestic 2337 Orange Avenue
Near: Escondido California [92029]
North America

Use the above mailing location **EXACTLY** as printed

FILED

07 DEC 19 PM 12:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MC 0619

BY ___ DEPUTY

For recorder's use only

## DECLARATION OF ACCEPTANCE

OF LAND PATENT ASSIGMENT
UNITED STATES OF AMERICA "Land Patent Snook Grant #524"
---------*---------

KNOWN ALL MEN BY THESE PRESENTS: That, **John V. Perdido (a sovereign Man)**,, does hereby certify and declare as follows: That he accepts the assignment of all Rights pertaining to the described Land and property including but not limited to the Land Patent secured rights within the United States of America **Snook Grant #524**).

(1) The Land Patent Secured Land: The Character of said Land and property so secured by said Land Patent, together with all the rights, privileges, immunities and appurtenances of whatsoever nature thereunto belonging, is here legally described and referenced as:
"Those portions of Land within Snook Grant Township Twelve South (12S), of Range Two West (R2W) of the San Bernardino Base and Meridian in California; Located At And Including: "Lot _2_ of Tract _7902_ in the County of _San Diego_, State of California, as per Map recorded in book _238_, pages _01 - 02_ through _02_, inclusive, of Maps, in the Office of the County Recorder of said County;

(2) NOTICE AND EFFECT OF A LAND PATENT. "A grant of land (Land Patent) is a public law standing on the statue books of the State, and is notice to every subsequent purchaser under any conflicting sale made afterward." Wineman v. Gastrell, 53 FED 697, 2 U.S. App. 581. A patent alone passes title to the Grantee: Wilcox v. Jackson, 12 PET (U.S.) 498, 10 L.Ed. 264. All questions of fact decided by the General Land Office are binding everywhere and injunctions and mandamus proceedings will not lie against it. Litchfield v. Register, 9 Wall (U.S.) 575, 19 L.Ed. 681.
Where the United States has parted with title by a patent legally issued and upon surveys legally made by itself and approved by the proper department, the title so granted cannot be impaired by any subsequent survey made by the government for its own purposes: Cage v. Danks, 13 L.A. ANN. 128.
(3) LAND TITLE AND TRANSFER. The existing system of land transfer is a long and tedious process involving the observance of many formalities and technicalities, a failure to observe any one of which may defeat title, even where these have been traced to its source, the purchaser must but at peril, there always being, in spite of the utmost care and expenditure, the possibility that his title may turn out bad: Yeakle, Torrens System 209.
If said assignment of related Land Patent is not properly challenged within sixty days (60), in a court of law, it stands as a certainty, because no other party has followed the proper steps to secure lawful title. The final certificate or receipt acknowledging the payment in full by a homesteader or Preemptor is not in legal effect a conveyance of land. U.S. v. Steenersen, 50 FED 504, 1 CCA 552, 4 U.S. App. 332
Wherefore, said Land Patent secured Rights stand as assigned forever secured in accord with the terms set in said Land Patent signed and sealed under the signature of the President of the United States of America.

Signed: _John V Perdido_
John V. Perdido (a sovereign Man)
Date: _11-12-07_   Signature: _____ NENA JOSE

Date: _11/12/2007_   Signature: _____ JOHN KAFULDS

State of California  )
County of _Riverside_  ) ss

On _Nov. 12, 2007_ before me, _TINA M. Reed   Notary Public_ (name and title of the officer), personally appeared _JOHN V. Perdido_ _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _Tina m Reed_   (Seal)

TINA M. REED
COMM. #1645072
Notary Public - California
Riverside County
My Comm. Expires Feb. 13, 2010

## The United States of America,

To all to whom these presents shall come, Greeting:

Whereas it appears from a duly authenticated transcript filed in the General Land Office of the United States that pursuant to the provisions of the Act of Congress approved the third day of March one thousand eight hundred and fifty-one, entitled "An Act to ascertain and settle the Private Land Claims in the State of California," Maria Antonia N. de Snook, widow of Jose Francisco Snook, deceased, as claimant, filed her petition on the fifth day of November Anno Domini one thousand eight hundred and fifty-two, with the Commissioners to ascertain and settle the Private Land Claims in the State of California, sitting as a Board in the City of Los Angeles, in which petition she claimed the confirmation of her title to a tract of land containing four square leagues, more or less, known by the name of San Bernardo, situate in the then County of San Diego and State aforesaid, said claim being founded on two Mexican grants to Jose Francisco Snook, the first made on the sixteenth day of February Anno Domini one thousand eight hundred and forty-two by Juan B. Alvarado then Constitutional Governor of the Department of California, and the second made on the twenty-sixth day of May Anno Domini one thousand eight hundred and forty-five by Pio Pico then Governor for the time being of the Department of California.

And Whereas the Board of Land Commissioners did on the fifth day of June Anno Domini one thousand eight hundred and fifty-five, render a decree of confirmation in favor of the claimant, which decree or decision was taken by appeal to the District Court of the United States for the Southern District of California which Court at its October term Anno Domini one thousand eight hundred and fifty-six...

NOV 1 2007
CERTIFIED TO BE A TRUE COPY
CERTIFYING OFFICER
PUBLIC INFORMATION SECTION
CALIFORNIA STATE OFFICE
BUREAU OF LAND MANAGEMENT

322

"appellants," rendered its decision as follows, to wit:—

"It is ordered, adjudged and decreed by the Court, that said decision of said Board of Land Commissioners be, and the same is hereby affirmed, and it is further adjudged and decreed that the title of the said appellee in this case to the lands claimed therein is good and valid, and the same is hereby confirmed to her.—

"The lands of which confirmation is hereby made is of the following tracts of land to wit: that certain tract of land lying in the County of San Diego called San Bernardo originally granted by Juan Bautista Alvarado, Governor of California to Jose Francisco Snook on the 16th day February 1842, or two leagues of land and delineated on the (deseño) map attached to the expediente; and also for two additional leagues of land granted by Pio Pico Governor of California to Jose Francisco Snook on the 26th day of May, 1845, being the residue of the land embraced in the boundaries of the place called 'San Bernardo' the said four leagues being bounded as follows: On the West by the Arroyo Seco, on the South by 'Las Rosas de la Olla'; on the North by the road called San Marcos and on the East by the Lomerias Muertas; reference being had to the grant and map and acts of Juridical measurement."—

"And thereafter notice having been given by the Attorney General of the United States that appeal would not be prosecuted by the United States in the cause entitled 'Maria A. Snook ads. The United States' the aforesaid District Court on the fourth day of March, Anno Domini, one thousand eight hundred and fifty-eight, ordered that said appeal be and the same is hereby dismissed and that the appellees have leave to proceed under the decree heretofore rendered in their favor, as under a final decree, whereby the proceedings of Court upon title became final.

And Whereas under the thirteenth Section of said Act of third March Anno Domini one thousand

eight hundred and fifty-one, and the supplemental legislation, and in accordance with the proceedings had pursuant to said Act and supplemental legislation, there has been deposited in the General Land Office a return with the descriptive notes, certificate of advertisement and plat of the survey of the said claim confirmed as aforesaid, authenticated by the signature of the United States Surveyor General for the State of California, which descriptive notes, certificate of advertisement and plat of survey are in the words and figures as follows, to wit:

"United States Surveyor General's Office
San Francisco California

Under and by virtue of the provisions of the 13th Section of the Act of Congress of the 3rd of March, 1851, entitled 'An Act to ascertain and settle the Private Land Claims in the State of California' and of the 12th Section of the Act of Congress approved on the 31st of August, 1852, entitled 'An Act making appropriations for the civil and diplomatic expenses of the Government for the year ending the thirtieth of June, eighteen hundred and fifty-three and for other purposes,' and in consequence of a certificate of the United States District Court for the Southern District of California, of which a copy is annexed having been filed in this office, whereby it appears that the Attorney General of the United States having given notice that it was not the intention of the United States to prosecute the appeal from the decision of the said District Court by which it recognized and confirmed the title and claim of Maria Antonia Snook to the tract of land designated as San Bernardo containing four square leagues the said appeal has been vacated and thereby the said claim from of the said Maria Antonia Snook has become final; the said tract has been surveyed under the direction thereof and the said survey..."

324

plat of the said tract of land as appears by the field notes of the survey thereof, made by John C. Hays, Deputy Surveyor in the month of June 1858, under the directions of this office, which having been examined and approved, are now on file therein. And I do further certify that under and by virtue of the said confirmation and survey the said Maria Antonia Snooky is entitled to a patent from the United States upon the presentation hereof to the General Land Office for the said tract of land, the same being bounded and described as follows to wit:

Beginning at an oak post five inches in diameter marked "S.P. No 1" in a mound of rocks.

Thence according to the true Meridian the variation of the magnetic needle being sixteen degrees thirty-eight minutes East, North seventy-seven degrees thirty minutes West, forty-one chains to a post at intersection with range line between ranges one and two West, fifty-seven chains and eighteen links North on corner to Township twenty South of ranges one and two West, sixty-eight chains to the foot of hill, ninety chains to the top of hill, at one hundred and fifteen chains Wetherby's House bears North fifteen degrees West, distant about twenty chains and Clayhill's House bears South forty-seven degrees thirty minutes West, distant about one hundred and twenty chains. At one hundred and twenty-three chains crosses a hundred ravine course South West, one hundred and twenty-eight chains to the foot of a hill, one hundred and thirty-seven chains to the top of hill, at one hundred and forty-seven chains crosses a road course North West and South East, at one hundred and sixty-five chains crosses a ravine course South to East, foot of hill one hundred and ninety-five chains to the top of hill two hundred and seventeen chains to a tree marked...

one of the calls of this grant.

"At two hundred and fifty-one chains cross a road course North West and South East, two hundred and ninety chains to foot of hill, three hundred and forty-two chains and fifty links to top of hill, three hundred and fifty-three chains and eighty links to a post marked S.P. No. 1 in a mound of rocks, station, and North West corner of this rancho.

"Thence South twelve degrees West, thirty-two chains and fifty-eight links to the top of hill, one hundred and thirty chains to a post in mound at intersection with third standard between Townships twelve and thirteen South of Range two West, twelve chains West of corner to Sections four and five.

"At one hundred and fifty-seven chains descends hill towards the South, one hundred and seventy-seven chains to the South foot of hill and enters San Bernardo Valley, one hundred and ninety-five chains to a road course East and West, two hundred and seventeen chains to a trail course North West and South East, two hundred and thirty-nine chains to the dry bed of San Bernardo river, one chain wide, course North West, two hundred and forty-one chains to the North foot of hill and leaves valley, two hundred and fifty-two chains to the top of a very high and rough hill, two hundred and seventy-six chains to the opposite foot of hill, two hundred and seventy-nine chains to a ravine ten links wide at the foot of hill course North West, two hundred and eighty-three chains to a trail course North West and South East, two hundred and eighty-four chains to a stone fence on top of hill course East and West, two hundred and ninety-one chains to the opposite foot of hill, two hundred and ninety-two chains to the North foot of hill course East and West, three hundred and twenty-five chains and fifty links to a high hill, three hundred and thirty-six chains to the top of mount, three hundred

chains to the top of hill, four hundred and forty-two chains to the foot of hill, four hundred and seventy-six chains and fifty links to a ravine ten links wide course North West, four hundred and eighty chains to the foot of hill, five hundred and nine chains to the top of hill and crosses a road course East and West five hundred and sixty-two chains and fifty links to the foot of hill, five hundred and seventy-one chains and sixty links to a ravine twelve links wide, course West, five hundred and seventy-two chains and fifty-eight links to a post marked S.P. No. 3 in a mound of stone, station, and South West corner of this rancho.

Thence South eighty-five degrees thirty minutes East five chains to a ravine, ten links wide course North West, twenty-eight chains to a ravine, ten links wide, at the foot of hill, course South West, thirty-two chains to the top of hill, fifty chains to the foot of hill and enters a valley.

At eighty-three chains a spring is about five chains to the North of line, one hundred and thirteen chains and eighty-five links to a trail course North West and South East, one hundred and fourteen chains to a ravine, twelve links wide, at the foot of hill course North West, one hundred and fifty-one chains to a gulch eight links wide, course South, one hundred and sixty-one chains to the top of hill, one hundred and sixty-six chains to the foot of hill, one hundred and eighty-three chains to an oak post marked X in mound of rocks on the top of hill being an old boundary mark, two hundred chains to the foot of hill, two hundred and sixty chains to the road from San Diego to Fort Yuma course North East and South West, two hundred and ninety-seven chains and eighty links to a post marked S.P. No. 4 in a mound of rocks at the foot of the Lomas Muertas and South East corner of this rancho.

Thence North twelve degrees fifty

"East one hundred and nine chains to a ravine six links
"wide course West at one hundred and ten chains crosses
"a trail leading to a spring about ten chains to the West
"of line one hundred and sixty-one chains and fifty links
"to a post in a mound of rocks on the top of hill station.

"Thence North twenty-five degrees East thirty-five chains
"to the foot of hill and enters valley, fifty chains to the foot of
"hill and ascends, seventy-three chains and fifty links to the
"top of hill, one hundred and twelve chains to the foot of hill
"one hundred and sixteen chains to a dry creek twenty links
"wide, with Sycamore trees on its banks, course North West,
"one hundred and ninety-one chains and fifty links to a
"post in mound of rocks, station.

"Thence North fifteen degrees thirty minutes East
"thirty-five chains to the supposed river bottom of San
"Bernardo river, forty-one chains and twenty links to a
"post in mound of rocks, at intersection with rangh line
"between Ranges one and two West, ten chains and fifty links
"South of corner to Sections one, six, seven and twelve
"Township thirteen South of Ranges one and two West.

"At fifty-three chains and fifty links enters San Bernardo
"river bottom.

"At sixty-four chains leaves river bottom and to the foot
"of hill, seventy-nine chains to the top of hill one hundred
"and twenty-six chains to the foot of hill and enters river
"bottom, one hundred and thirty-five chains and seventy
"links to a post in mound on the third standard line South,
"twenty-five chains and fifty links West of corner to Town-
"ship thirteen South of Ranges one and two West.

"At one hundred and thirty-six chains and fifty links
"crosses San Bernardo river one chain wide course South West.

"At six hundred and sixty-three chains and at
"one hundred and eighty-five chains and seventy to
"the place of beginning, containing one hundred and
"eleven thousand and thirty _____

hundredths of an acre and being designated upon the plats of the public surveys as Lot numbered thirty-seven in Township twelve South of Range one West, Lot numbered thirty-seven in Township twelve South of Range two West, Lot numbered thirty-seven in Township thirteen South of Range one West, and Lot numbered thirty-seven in Township thirteen South of Range two West, of the San Bernardino Meridian.

In Witness Thereof, I have hereunto signed my name and caused the seal of said office to be affixed at the City of San Francisco, this eighteenth day of December A.D. 1858.

[L.S.]

J. W. Mandeville
United States Surveyor General California

U. S. Surveyor General's Office
San Francisco, August 10, 1874.

"I hereby certify, that by virtue of the provisions of the Act of Congress approved 1st July, 1864, entitled 'An Act to expedite the settlement of titles to lands in the State of California,' notice of the plat and survey having been made of the rancho San Bernardo in San Diego County, finally confirmed to Maria Antonia Snook, surveyed by John C. Hays, U. S. Deputy Surveyor in June, 1858, has been advertised in accordance therewith in two newspapers, to wit: the San Diego Union published in the County of San Diego, State of California, being near to where the said land is located; the first publication being on the 3rd day of Dec., 1873, and the last on the 24th day of Dec., 1873; also in the 'Daily Evening Post' a newspaper published in the City and County of San Francisco, State aforesaid; the first publication being on the 29th day of November, 1873, and the last on the 20th day of Dec., 1873. And that the plat of said survey was retained in this office subject to modification during all of ninety days, and until the expiration thereof from the date of the first publication._____

"In Testimony Whereof, I have hereunto signed my name officially and caused my seal of office to be affixed in the City of San Francisco, this tenth day of August, 1874.

　　　　　Jas. T. Stratton
　　　　　U. S. Surveyor General for California."

"I hereby certify, that the foregoing is a full true and correct copy of the certificate of advertisement of the rancho San Bernardo, Ma. Antonia Snook's confirmee as the same remains of record in my said office.

Attest my hand and seal of office this 10th of August A. D. 1874.

　　　　　Jas. T. Stratton
　　　　　U. S. Sur Genl for Cal."

330

Now know ye, That the United States of America, in consideration of the premises and pursuant to the provisions of the Act of Congress aforesaid of the third of March Anno Domini one thousand eight hundred and fifty-one, and the legislation supplemental thereto Have Given and Granted and by these presents Do Give and Grant unto the said Maria A. Snook and to her heirs the tract of land embraced and described in the foregoing survey; but with the stipulation that in virtue of the fifteenth section of the said Act neither the confirmation of this said claim nor this patent shall affect the interests of third persons.

To Have and To Hold the said tract with the appurtenances unto the said Maria A. Snook and to her heirs and assigns forever, with the stipulation aforesaid.

In Testimony Whereof, I, Ulysses S. Grant, President of the United States have caused these Letters to be made Patent and the Seal of the General Land Office to be hereunto affixed.

Given under my hand at the City of Washington this seventeenth day of November in the year of our Lord one thousand eight hundred and seventy-four and of the Independence of the United States the ninety-ninth.

[L.S.]

By the President U. S. Grant

By S. W. Williamson, Secretary

J. K. Lippincott
Recorder of the General Land Office

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 145721    - BH**

**December 19, 2007
12:40:53**

**Misc. Case**
USAO #.: 07MC0619 MISC. CASE
Amount.:                    $39.00 MO
Check#.: 12035686476

Total-> $39.00

FROM: MISCELLANEOUS CASE